UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

JEREMY STEIN, Individually and as the
Administrator of the Estate of JOHN M. STEIN,
deceased and MARY LOUISE STEIN, deceased,

                              Plaintiff,

vs.

LOAD SOLUTIONS, INC., STOUGHTON
TRAILERS CANADA CORP., SARBJIT
SINGH GHUMAN and AMARJIT SINGH
DHALWIAL,

                            Defendants.

**STIPULATION OF DISCONTINUANCE**

Civil Action No. 07-CV-1289
(DNH) (GJD)

5:07-CV-1289

---

     **IT IS HEREBY STIPULATED AND AGREED**, by and between the parties and the attorneys of record for the parties to the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is, discontinued, with prejudice and on the merits, without costs to any party. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: November ____, 2009.

_____
Daniel R. Ryan, Esq.
SMITH, SOVIK, KENDRICK & SUGNET
Attorneys for Plaintiff
250 South Clinton Street, Suite 600
Syracuse, New York 13202

_____
Sean A. Tomko, Esq.
TAYLOR & ASSOCIATES
Attorneys for Plaintiff, Jeremy Stein, as
    Administrator of the Estate of Mary Louise Stein,
    on the Counterclaim
One Columbia Circle
Albany, New York 12203

_____
David Abrams, Esq.
STRONGIN, ROTHMAN & ABRAMS, LLP
Attorneys for Defendants
5 Hanover Square, Fourth Floor
New York, New York 10004

12/28/09

SO ORDERED

_____
U.S.M.J.